# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:                                                                                                BKY No.: 09-50779

Dennis E. Hecker,                                                                         Chapter 7

            Debtor.
_____
                                                                                                                         Adv. Pro. No.: 10-5004

Randall L. Seaver, Trustee,

            Plaintiff,

vs.

Christi M. Rowan,

            Defendant.
_____

## ORDER

This adversary proceeding came before the court on the motion of the plaintiff for aid in execution of his judgment. Matthew Burton appeared on behalf of the plaintiff, Janet Newberg appeared on behalf of the defendant, and Brian Toder appeared on behalf of the debtor.

Upon the motion of the plaintiff, and the documents of record and the court being advised in the premises, and based upon the findings of fact and conclusions of law stated orally and recorded in open court,

IT IS ORDERED:

1.     The plaintiff's request for expedited relief is granted.

2.     The plaintiff, Randall L. Seaver, his attorneys and agents are authorized to enter the premises at 1615 North Ridge Drive, Medina, MN 55337 during daylight hours to enforce the judgment dated February 23, 2010. The United States Marshal is authorized and directed to take all

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/19/2010*
Lori Vosejpka, Clerk, by LMH

necessary actions, including but not limited to the use of reasonable force, to enable Randall L. Seaver, his attorneys and agents to enter and remain on the premises, which includes, but is not limited to, the land, the buildings, vehicles and any structures located thereon, for the purpose stated in this order, and to arrest or evict from the premises any and all persons who obstruct, attempt to obstruct, or interfere or attempt to interfere, in any way with the execution of this order or the judgment dated February 23, 2010.

3. The defendant is enjoined from removing any assets 1615 North Ridge Drive, Medina, MN 55337 or assisting in their removal.

Dated: April 19, 2010

/e/ Robert J. Kressel
United States Bankruptcy Judge

419452