UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**DENNIS E HECKER**

Debtor(s)

BKY 09-50779

**RANDALL L. SEAVER, TRUSTEE,**

Plaintiff(s)

ADV 10-5004

v.

**CHRISTI M ROWAN**

Defendant(s)

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

| Judgement Creditor | | |
|---|---|---|
| RANDALL L. SEAVER, TRUSTEE<br>C/O MATTHEW R. BURTON, ESQ.<br>100 SOUTH FIFTH STREET, SUITE 2500<br>MINNEAPOLIS, MN 55402 | Amount of Judgment: | $ 425,000.00 |
| | Clerk's Fee: | |
| vs. | Other Costs: | |
| Judgement Debtor<br>CHRISTI M ROWAN<br>1615 NORTHRIDGE DRIVE<br>MEDINA, MN 55391 | Interest From: | |
| | Interest Costs: | |
| | Costs of this writ: | |

**To the United States Marshal for the** _____ **District of** \_\_Minnesota_____:
You are directed to levy upon the property of the above named judgement debtor to satisfy a money judgment in accordance with the attached instructions.
**To the Judgment Debtor:**
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

Dated: 12/6/10

Lori A. Yosejpka
Clerk of Bankruptcy Court

By: _[signature]_

| UNITED STATES MARSHAL'S RETURN |
|---|
| I received this writ on _____, and executed the same on _____.<br>                       (date)                                                            (date)<br><br>                                                              United States Marshal<br>                                      By: _____<br>                                                               Deputy Marshal |