

RECEIVED
11 JUL 25 AM 9: 39
U.S. BANKRUPTCY CC
MINNEAPOLIS, MN

**U.S. Department of Justice**
**Federal Bureau of Prisons**
FCI Greenville
P.O. Box 4000
100 U.S. Route 40
Greenville, IL 62246
Phone: (618) 664-6200
Fax: (618) 664-6226

July 13, 2011

Clerk of Court
Estate of Dennis E. Hecker
c/o The Clerk of U.S. Bankruptcy Court
300 South Fourth Street
Minneapolis, MN 55415

Re: CHRISTI ROWAN
    Register Number: 15148-041
    Docket Number: 10-CR-00091

Dear Clerk of Court:

You have requested to receive notifications regarding CHRISTI ROWAN, an inmate at this facility. Notification is being provided via the Victim Notification System (VNS). The VNS is designed to provide you with information regarding the case as it proceeds through the criminal justice system. You may obtain current information about this matter on the Internet at WWW.Notify.USDOJ.GOV or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program. If you update your information to include a current email address, VNS will send information to that address.

You will need the following Victim Identification Number (VIN) '3159736' and Personal Identification Number (PIN) '3936' anytime you contact the Call Center and the first time you log on to VNS on the Internet. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Estate of Dennis E. Hecker.

This notice is to inform you that CHRISTI ROWAN has been approved for placement in a Community Corrections Center (CCC), otherwise known as a halfway house, and will transfer from this institution on November 1, 2011. After the transfer, the inmate will be located at VOLUNTEERS OF AMERICA (FEMALE) in ROSEVILLE, Minnesota.

In addition to the information provided regarding this offender's CCC transfer, the following information is relevant to the inmate's eventual release. The inmate is scheduled for release on February 28, 2012. The inmate is not eligible for parole. Upon release, the inmate will reside in Minneapolis, Minnesota.

You may cancel this notification at any time by calling the VNS toll-free number provided, or by submitting your cancellation request in writing to the Federal Bureau of Prisons (BOP). Also, if BOP staff initiate a notification and are unsuccessful in contacting you due to inaccurate contact information, your participation in the notification program may be canceled; therefore, it is essential that you continue to ensure your contact information in the VNS remains up-to-date. Finally, notification will terminate when the inmate has completed service of the sentence for the crime which resulted in the notification.

If at any time you have any questions or concerns regarding this program or the offender's status, please do not hesitate to contact me at the above address or you may telephone the VNS Call Center.

Sincerely,

Jared Rardin
Unit Manager